IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07cr176

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | O R D E R |
| | ) | |
| DAVID ARMANDO CRAWFORD | ) | |
| | ) | |

**THIS MATTER** is was scheduled for sentencing hearing on February 2, 2009, at 3:00 p.m. A notice of the hearing was electronically mailed to counsel for the defendant on or about January 15, 2009. The defendant, counsel for the government and the United States Probation Officer were present and prepared to proceed. However, counsel for the defendant failed to appear for the hearing.

**IT IS, THEREFORE, ORDERED,** that counsel for the defendant will appear on Friday, February 27, 2009, at 2 p.m., to show cause why he should not be held in contempt. The sentencing hearing of the defendant will follow.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals Service, and the U.S. Probation Office.

Signed: February 20, 2009

Robert J. Conrad, Jr.
Chief United States District Judge