IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07-cr-00176-RJC-SCR

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DAVID ARMANDO CRAWFORD, ) | |
| Defendant, ) | **ORDER** |
| ) | |
| and ) | |
| ) | |
| CHARLOTTE MECKLENBURG ) | |
| HOSPITAL, ) | |
| Garnishee. ) | |

**UPON MOTION** of the United States of America, for the reasons stated therein and for good cause shown, it is **ORDERED** that the Order of Continuing Garnishment (Doc. No. 33) filed in this case against Defendant, David Armando Crawford, as to the Garnishee is **DISMISSED**.

**SO ORDERED**.

Signed: March 20, 2024

Susan C. Rodriguez
United States Magistrate Judge

1