IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07-CR-00176-RJC-SCR

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                 Plaintiff, )<br>                          )<br>v.                        )<br>                          )<br>DAVID CRAWFORD, )<br>                 Defendant, )<br>                          )<br>and                   )<br>                          )<br>CUMBERLAND COUNTY HOSPITAL )<br>SYSTEM, INC. d/b/a CAPE FEAR VALLEY )<br>HEALTH SYSTEMS, )<br>                 Garnishee. )<br>                          ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the Government's Motion for Dismissal of the Order of Continuing Garnishment (Doc. No. 50), and for the reasons stated therein and for good cause shown, the Government's motion is **GRANTED**, and the Order of Continuing Garnishment (Doc. No. 49) filed in this case against Defendant as to the Garnishee is **DISMISSED**.

**SO ORDERED**.

Signed: September 19, 2024

Susan C. Rodriguez
United States Magistrate Judge

1